Dismissed and Memorandum Opinion filed October 27, 2005









Dismissed and Memorandum Opinion filed October 27,
2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00442-CR

____________

 

CLARENCE
ALBERT FRAZIER, JR., Appellant

 

V.

 

THE STATE
OF TEXAS, Appellee

________________________________________________________________

 

On Appeal from the 240th District Court 

Fort
Bend County, Texas

Trial Court Cause No. 38,796

________________________________________________________________

 

M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court.  See Tex.
R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

 








Judgment rendered
and Memorandum Opinion filed October 27, 2005.

Panel consists of
Chief Justice Hedges and Justices Yates and Anderson. 

Do Not Publish C Tex.
R. App. P. 47.2(b).